AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Terry Cox | ) | 3:25-mj-00075 |
| | ) | |
| *Defendant(s)* | ) | |

FILED
NOV 25 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 27, 2025  in the county of  Cabell  in the  Southern  District of  West Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute fentanyl and cocaine base |

This criminal complaint is based on these facts:

On 10/27/25, Terry Cox was a passenger in a vehicle that was stopped by members of the Huntington Police Department in the 1300 block of Madison Avenue in Huntington, West Virginia. After a K9 sniff was performed on the vehicle, investigators located a bag that Cox stated was his during the stop. During a search of the bag, officers located and seized approximately 7.32 grams of fentanyl, 17.26 grams of cocaine base, a digital scale, and a loaded Smith & Wesson handgun.

☐ Continued on the attached sheet.

*Complainant's signature*

Det. Steve Maniskas - Huntington Police Dept.
*Printed name and title*

Sworn to before me and signed by reliable electronic means.

Date: 11/25/2025

*Judge's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*